```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


DANYELL M. ALEXANDER-HYMES, ET AL.         CIVIL ACTION

VERSUS                                     NO. 17-1402

RICKY B. HOWARD, ET AL.                    SECTION "F" (4)
```

It appearing to the Court that the subject matter of the above captioned matter is related to that of C.A. 16-16983 pending before Section "B" of this Court;

IT IS ORDERED that the above captioned cause be transferred to Section "B"(2) of this Court pursuant to Local Rule 3.1.1E.



2/24/17

**TRANSFERRED TO**
**SECT. B  MAG 2**